FILED
MAY 14 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-064 |
| v. | INDICTMENT |
| EARL SANDELEO GALTNEY, also known as, "E", also known as, "Mook", SHANNON D. ROBERTSON, also known as, "J", and ASHLEY LYNN ANDREWS, also known as, "Red", | T. 21 U.S.C. § 841(a)(1) T. 21 U.S.C. § 841(b)(1)(B) T. 21 U.S.C. § 841(b)(1)(C) T. 21 U.S.C. § 846 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but at least as early as April 2023, and continuing until May 9, 2024, in the Southern District of Iowa, the defendant, EARL SANDELEO GALTNEY, also known as, "E", also known as, "Mook", SHANNON D. ROBERTSON, also known as, "J", and ASHLEY LYNN ANDREWS, also known as, "Red", conspired with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely: 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Distribution of a Controlled Substance**
**Resulting in Death or Serious Injury)**

On or about January 5, 2024, in the Southern District of Iowa, the defendant, ASHLEY LYNN ANDREWS, also known as, "Red", knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and death and serious bodily injury resulted from the use of said substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about April 12, 2024, in the Southern District of Iowa, the defendant, ASHLEY LYNN ANDREWS, also known as, "Red", knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Possession with Intent to Distribute a Controlled Substance)

On or about May 9, 2024, in the Southern District of Iowa, the defendant, SHANNON D. ROBERTSON, also known as, "J", knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _/s/ Mallory Weiser_____
Mallory E. Weiser
Assistant United States Attorney